**Order entered December 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01329-CV

### ZIA UL-HAQ SHEIKH, Appellant

### V.

### JANE DOE, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08987**

## ORDER

The reporter's record in this appeal has not been filed and is not due until December 6, 2019. Before the Court are court reporter Marcey J. Poeckes's contest to appellant's affidavit of inability to pay costs and appellant's motion for extension of time to file his brief.

We take no action on the contest as a contest to a party's statement of inability to afford costs is governed by Texas Rule of Civil Procedure 145 and determined by the trial court. *See* Tex. R. Civ. P. 145; *see also* Tex. R. App. P. 20.1. As to the extension motion, we **DENY** it as premature. Because the reporter's record has not been filed, appellant's brief is not yet due.

On the Court's own motion, we extend the time for filing the reporter's record and **ORDER** it be filed no later than January 6, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Emily G. Tobolowsky, Presiding Judge of the 298th Judicial District Court; Ms. Poeckes; and, the parties.

/s/     KEN MOLBERG
        JUSTICE
